UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**Mark Taplett**
 Plaintiff,

v.                                                            CASE NO.:   2:08-cv-00541-UA-SPC

**TRG Oasis (Tower Two)
LTD, LP et al.
Defendants.**
_____/

**MEDIATION REPORT**

A mediation conference was held on September 2, 2009 before the undersigned certified mediator in the aforementioned case. All parties attended and participated in the mediation conference, and each possessed the requisite settlement authority. The case was settled confidentially in mediation.

Filed this 8th day of September, 2009, in Tampa, Florida.

s/ Lynn H. Cole
Lynn H. Cole, Certified Mediator
Law Offices of Lynn Cole, P.A.
301 West Platt Street, Suite 409
Telephone: 813/223-7009
Email:  **adr@lynncole.com**
Web site:  www.lynncole.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Mediation Report was served on Plaintiff's Attorney, James Ryan, Esq. at email address of jdr@attyryans.com and sue@attyryans.com and on Defendants' Attorneys, Gary A. Woodfield, Esq. at email address gwoodfield@eapdlaw.com.

s/Lynn H. Cole
Lynn H. Cole, Certified Mediator